IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| **CLARENCE J. RUTLAND,** | : | |
| Plaintiff, | : | |
| | : | |
| vs. | : | CIVIL ACTION 12-00637-KD-N |
| | : | |
| **CECILIA ANN POPE,** *et al.*, | : | |
| Defendants. | : | |

**ORDER**

After due and proper consideration of all portions of this file deemed relevant to the issue raised, and there having been no objections filed, the report and recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(A) and dated January 29, 2013, is hereby **ADOPTED** as the opinion of this Court.

Accordingly, it is **ORDERED** that this action is hereby **TRANSFERRED** to the United States District Court for the Northern District of Alabama.

**DONE** and **ORDERED** this the **19**th day of **February 2013.**

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**